1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA JOHANN (CABN 145558)
   Chief, Civil Division
3  KENNETH BRAKEBILL (CABN 196696)
   Assistant United States Attorneys
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-7167
       Facsimile: (415) 436-7169
6      Kenneth.Brakebill@usdoj.gov

7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Jose Zamudio Marin, | ) | Case NO. 3:25-cv-05294-LJC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND FOR OTHER CASE MANAGEMENT DEADLINES; DECLARATION** |
| v. | ) | |
| U.S. Department of Veteran Affairs, | ) | |
| Defendant. | ) | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiff filed his Complaint on June 24, 2025 (ECF No. 1);

WHEREAS, on June 25, 2025, the court staff set initial case management deadlines for this case, including an initial case management conference on October 2, 2025 with a joint case management statement to be due on September 25, 2025 and Rule 26(f) and ADR deadlines on September 11, 2025 (ECF No. 6);

WHEREAS, Plaintiff's Complaint was subsequently served on the United States Attorney's Office on July 16, 2025, and therefore Defendant's responsive pleading deadline is August 15, 2025;

WHEREAS, the parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 8, 14);

WHEREAS, the parties have met and conferred and have agreed to extend the due date for Defendant's responsive pleading in order to allow Defendant sufficient time to assess Plaintiff's Complaint prior to filing any responsive pleading and to attempt to resolve this action without judicial intervention;

WHEREAS, the parties agree that an approximate 60-day time extension to the responsive pleading and case management deadlines would permit the parties the opportunity to do so;

WHEREAS there have been no previous requests for time modification in this case;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, through their counsel of record, that:

1. The deadline for Defendant's responsive pleading shall be extended to October 14, 2025.

2. The Initial Case Management Conference shall be extended 42 days from October 2, 2025 to November 20, 2025, with the corresponding Joint Case Management Statement to be due on November 13, 2025.

3. The parties shall hold their Rule 26(f) conference by November 6, 2025, which shall be the same date for the ADR deadline.

**IT IS SO STIPULATED.**

Dated: August 13, 2025                    By:   /s/ *Jose Zamudio Marin*
                                                      Pro Se


Dated: August 13, 2025                    Respectfully submitted,

                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                           /s/ *Kenneth Brakebill*
                                          Kenneth Brakebill
                                          Assistant United States Attorney

                                          Counsel for Defendant

STIPULATION AND ORDER TO EXTEND DATES; DECLARATION CASE NO. 3:25-CV-05294-LJC

2

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

## DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the United States of America in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order to Extend Dates pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3. Plaintiff's Complaint was subsequently served on the United States Attorney's Office on July 16, 2025, and therefore Defendant's responsive pleading deadline is August 15, 2025.

4. The parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 8, 14).

5. On August 11, 2025, Plaintiff and I met and conferred and agreed to extend the due date for Defendant's responsive pleading in order to allow Defendant sufficient time to assess Plaintiff's Complaint prior to filing any responsive pleading and to attempt to resolve this action without judicial intervention.

6. The parties agree that a 60-day time extension to the responsive pleading and approximately 42-day extension to the case management deadlines would permit the parties the opportunity to do so.

7. There have been no previous requests for time modification in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 13, 2025           */s/ Kenneth Brakebill*
                                  Kenneth Brakebill
                                  Assistant United States Attorney

STIPULATION AND ORDER TO EXTEND DATES; DECLARATION CASE NO.
3:25-CV-05294-LJC

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that:

1. The deadline for Defendant's responsive pleading shall be extended to October 14, 2025.

2. The Initial Case Management Conference shall be extended 42 days from October 2, 2025 to November 20, 2025, with the corresponding Joint Case Management Statement to be due on November 13, 2025.

3. The parties shall hold their Rule 26(f) conference by November 6, 2025, which shall be the same date for the ADR deadline.

DATED: August 14, 2025

HON. LISA J. CISNEROS
United States Magistrate Judge

ORDER
CASE NO. 3:25-CV-05294-LJC